# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                             NO. 4:03-cr-00005-JM-01

CORY JONES                                                     DEFENDANT

## ORDER

Before the Court is the government's motion for revocation of Defendant Cory Jones's supervised release. (Doc. No. 81). The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **WEDNESDAY, MAY 12, 2021, at 11:00 A.M.**, in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **CORY JONES** and deliver to the United States Marshal for service.

CJA Panel Attorney Leslie Borgognoni is hereby appointed to represent the defendant during revocation proceedings.

IT IS SO ORDERED this 26th day of April, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE